# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Danielle Sedam,

    Plaintiff,

    v.                                                  Case No. 1:17cv249

R&L Carriers Shared
Services, LLC,                                 Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to the June 26, 2018 status conference, this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                                                *s/Michael R. Barrett*
                                                                 Michael R. Barrett
                                                                 United States District Judge